**Order entered February 5, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00936-CV

## DIANA CONVENIENCE, LLC, ET AL., Appellants

## V.

## DOLLAR ATM, LLC, Appellee

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-02331-2019**

## ORDER

Before the Court is court reporter Denise Condran's February 3, 2021 request for a ten-day extension to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than February 16, 2021.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE